IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN A. AMBRIZ, | § | |
| *Plaintiff,* | § | SA-23-CV-01326-ESC |
| vs. | § | |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY; | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

On this day, the Court granted the Commissioner's unopposed motion to remand this action under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the final decision of the Commissioner denying Plaintiff's application for benefits under the Social Security Act is reversed and this case is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

SIGNED this 10th day of June, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE